AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America ) <br> v. ) <br> TIAGO ALEXANDRE SOUSA-MARTINS ) <br> ) <br> ) <br> ) <br> ) <br> *Defendant(s)* | Case No. 1:26-mj-0072-CDA |

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 16 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 24, 2025** in the county of **Anne Arundel** in the
**___** District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 111 | Resisting, Opposing, Impeding, Intimidating, or Interfering Certain Officers or Employees |
| Title 18 U.S.C. § 1361 | Destruction of Government Property |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Sean P. O'Rourke*
Complainant's signature

FBI SA Sean O'Rourke
Printed name and title

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 01/15/2026

*[signature]*
Judge's signature

City and state: Baltimore, Maryland

Honorable Charles D. Austin, U.S. Magistrate Judge
Printed name and title