RIG: USAO#2026R00038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CASE NO. CDA-26-45 |
| v. | * |
| | * (Resisting, Opposing, Impeding, |
| TIAGO ALEXANDRE | * Intimidating, Interfering with Federal |
| SOUSA-MARTINS, | * Officers, 18 U.S.C. § 111(a)(1); |
| | * Destruction of Government Property, |
| | * 18 U.S.C. § 1361) |
| Defendant. | * |
| | * |
| | * |
| | * |

USDC - BALTIMORE
'26 JAN 29 PM 3:14

## INFORMATION

### COUNT ONE
### (Resisting, Opposing, Impeding, Intimidating, Interfering with Federal Officers)

The United States Attorney for the District of Maryland charges that:

On or about December 24, 2025, in the District of Maryland, the defendant,

**TIAGO ALEXANDRE SOUSA-MARTINS,**

did forcibly resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C. § 1114, to wit: federal officers who were members of the Department of Homeland Security, who were engaged in, and on account of, the performance of their official duties.

18 U.S.C. § 111(a)(1)

## COUNT TWO
### (Destruction of Government Property)

The United States Attorney for the District of Maryland further charges that:

On or about December 24, 2025, in the District of Maryland, the defendant,

**TIAGO ALEXANDRE SOUSA-MARTINS,**

did willfully injure and commit a depredation against property of the United States, to wit: two motor vehicles belonging to the Department of Homeland Security.

18 U.S.C. § 1361

Date: January 29, 2026

For Kelly O. Hayes
United States Attorney