

*Robert I. Goldaris*
*Assistant United States Attorney*
*Robert.Goldaris@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*36 S. Charles Street*
*Suite 400*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4831*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

January 29, 2026

The Honorable Charles D. Austin
United States Magistrate Judge
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    <u>Joint Filing in *United States v. Tiago Alexandre Sousa Martins*
             Criminal No. CDA-26-0045</u>

Dear Judge Austin:

      Undersigned counsel writes pursuant to the Court's January 28, 2026, Order (CDA-26-MJ-72, ECF 16). In its Order, the Court directed the parties to advise, *inter alia*, whether a circumstance existed under Federal Rule of Criminal Procedure 5.1(a) to eliminate a need for an otherwise required preliminary hearing in the then-extant matter docketed at CDA-26-MJ-72.

      Earlier this afternoon, the United States filed a criminal information charging the defendant with two offenses punishable by a maximum term of imprisonment of one year or less. These offenses are Class A misdemeanors under 18 U.S.C. § 3559. The parties jointly state to the Court that by filing this information the government satisfied the requirement of Rule 5.1(a)(4) and eliminated the need for a preliminary hearing.

                                    Respectfully Submitted,

                                    Kelly O. Hayes
                                    United States Attorney

                                    Robert I. Goldaris
                                    Assistant United States Attorney