**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. CDA-26-45** |
| | * | |
| **TIAGO ALEXANDRE** | * | |
| **SOUSA-MARTINS,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

## JOINT STATUS REPORT

Pursuant to the Court's order to file a joint status report (ECF 22), the parties submit:

1.      As noted in the first consent motion for Speedy Trial Act exclusion, the evidence in this case includes numerous lengthy videos, in addition to hundreds of photographs, and other reports.

2.      The government has provided discovery to the defense including the aforementioned videos, photographs, and reports. Counsel for the defendant continues to diligently review those materials.

3.      Additionally, the parties have continued to engage in good-faith dialogue regarding evidence and discovery, as well as whether there is a potential to resolve the case without proceeding to trial.

4.      In addition to the already produced reports, the Federal Bureau of Investigation is processing forensic reports detailing aspects of the scene where Immigration Customs Enforcement officers stopped, shot, and subsequently apprehended the defendant. Undersigned counsel has been in contact with the case agent regarding the progress that the examiners continue to make.  Counsel understands that the reports should be completed within the next few weeks and will then be given to government counsel. These reports may contain evidence crucial to both the government and the defense.

5.      The government believes that a trial, if necessary, would take 5 days and involve approximately 10 government witnesses.

6.      The parties ask to file another joint status report in 60 days.


                        Respectfully submitted,

                        Kelly O. Hayes
                        United States Attorney

                        Robert I. Goldaris
                        Assistant United States Attorney