# Exhibit A

FD-1087a (Rev. 5-8-10)

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
### Evidence Entry

**Event Title:**  (U) Van Search Warrant          **Date:** 01/22/2026

**Approved By:** Kimberly L Johnson

**Drafted By:**  Kimberly L Johnson

**Case ID #:** 89B-BA-4177988     (U) TIAGO ALEXANDRE SOUSA-MARTINS;
ASSAULTING, KILLING OR ATTEMPTING TO KILL
FEDERAL OFFICER

**Enclosure(s):** Enclosed are the following items:
1.  (U) FD-1087a

**Collected From:**  (U) VIN: 1N6BF0LY2DN110479

**Receipt Given?:**  No

**Holding Office:**   BA - BALTIMORE

| Item Type | Description |
|---|---|
| 1B Firearm | (U) One bullet<br>Collected On:  01/16/2026 06:15 PM EST<br>Seizing Individual:  Elizabeth M. Backlund<br>Located By:  Elizabeth M. Backlund<br>Location Area:  A<br>Specific Location:  Center console in box<br>Firearm Type:  Ammunition |
| 1B General | (U) Partial blue sweatshirt Capital Remodeling Inc. with red stain<br>Collected On:  01/16/2026 06:15 PM EST<br>Seizing Individual:  Elizabeth M. Backlund<br>Located By:  Elizabeth M. Backlund<br>Location Area:  A<br>Specific Location:  Driver's side floor board |
| 1B General | (U) Bullet Test Kit - FTU Secondary<br>Collected On:  01/16/2026 06:15 PM EST |

USA-000063

Seizing Individual:  Elizabeth M. Backlund
Located By:  Derrick S. McClarin
Location Area:  D
Specific Location:  Near passenger side in engine
compartment

1B Firearm       (U) Bullet fragment
Collected On:  01/16/2026 06:15 PM EST
Seizing Individual:  Elizabeth M. Backlund
Located By:  Jeanine Parker
Location Area:  B
Specific Location:  Front passenger's side door panel
Firearm Type:  Ammunition

1B Firearm       (U) Bullet
Collected On:  01/16/2026 06:15 PM EST
Seizing Individual:  Elizabeth M. Backlund
Located By:  Jeanine Parker
Location Area:  A
Specific Location:  Driver's side door panel
Firearm Type:  Ammunition

1B Firearm       (U) Bullet
Collected On:  01/16/2026 06:15 PM EST
Seizing Individual:  Elizabeth M. Backlund
Located By:  Elizabeth M. Backlund
Location Area:  A
Specific Location:  Driver's side door panel
Firearm Type:  Ammunition

1B Firearm       (U) Bullet
Collected On:  01/16/2026 06:15 PM EST
Seizing Individual:  Elizabeth M. Backlund
Located By:  Jeanine Parker
Location Area:  B
Specific Location:  Front passenger's side door panel
Firearm Type:  Ammunition

1B Firearm       (U) Bullet

USA-000064

Title:  (U) Van Search Warrant
Re:  89B-BA-4177988, 01/22/2026

```
                    Collected On:  01/16/2026 06:15 PM EST
                    Seizing Individual:  Elizabeth M. Backlund
                    Located By:  Elizabeth M. Backlund
                    Location Area:  A
                    Specific Location:  Driver's side floor
                    Firearm Type:  Ammunition

1B Firearm          (U) Bullet fragment
                    Collected On:  01/16/2026 06:15 PM EST
                    Seizing Individual:  Elizabeth M. Backlund
                    Located By:  Elizabeth M. Backlund
                    Location Area:  A
                    Specific Location:  In front of center console
                    Firearm Type:  Ammunition

1B Firearm          (U) Bullet fragment
                    Collected On:  01/16/2026 06:15 PM EST
                    Seizing Individual:  Elizabeth M. Backlund
                    Located By:  CHELI FRANCESCA
                    Location Area:  A
                    Specific Location:  Under driver's seat
                    Firearm Type:  Ammunition
```

♦♦

USA-000065



# FEDERAL BUREAU OF INVESTIGATION
### Evidence Entry

**Event Title:** (U) Turn Over of Evidence from Anne Arundel County Police Department     **Date:** 01/22/2026

**Approved By:** Amaya Morton

**Drafted By:** Amaya Morton

**Case ID #:** 89B-BA-4177988     (U) TIAGO ALEXANDRE SOUSA-MARTINS; ASSAULTING, KILLING OR ATTEMPTING TO KILL FEDERAL OFFICER

**Enclosure(s):** Enclosed are the following items:
1. (U) FD-1087

**Collected From:** (U) Detective Shelton Jones
AACoPD
8666 Veterans Highway
Millersville, Maryland

**Receipt Given?:** No

**Holding Office:** BA - BALTIMORE

| Item Type | Description |
|---|---|
| 1B General | (U) One manila envelope said to contain one bronze projectile<br>Collected On: 01/21/2026 01:37 PM EST<br>Hazardous Materials: Biological<br>Seizing Individual: OROURKE SEAN PATRICK<br>Located By: OROURKE SEAN PATRICK<br>Location Area: 8666 Veterans Highway, Millersville, MD<br>Specific Location: AACoPD CID |
| 1B Digital | (U) One Black and Blue "Verbatim" thumb drive 128GB containing crime scene drone footage<br>Collected On: 01/21/2026 01:37 PM EST<br>Seizing Individual: OROURKE SEAN PATRICK<br>Located By: OROURKE SEAN PATRICK |

USA-000078

Title:  (U) Turn Over of Evidence from Anne Arundel County Police
Department
Re:  89B-BA-4177988, 01/22/2026

Location Area:  8666 Veterans Highway, Millersville, MD
Specific Location:  CID
Device Type:  USB Micro Storage Device (thumb drive)
Make:  Verbatim
Data Capacity:  128GB
Number of Devices Collected:  1

1B Digital        (U) One manila envelope said to contain ADATA thumb
                  drive containing original faro scans, hash report, scene
                  2Go, and final station
                  Collected On:  01/21/2026 01:37 PM EST
                  Seizing Individual:  OROURKE SEAN PATRICK
                  Located By:  OROURKE SEAN PATRICK
                  Location Area:  8666 Veterans Highway, Millersville, MD
                  Specific Location:  CID
                  Device Type:  USB Micro Storage Device (thumb drive)
                  Make:  ADATA S102/8GB/USB 3.0
                  Data Capacity:  8GB
                  Number of Devices Collected:  1

1B General        (U) One manila envelope said to contain one projectile
                  and thirteen (13) cartridge casings
                  Collected On:  01/21/2026 01:37 PM EST
                  Seizing Individual:  OROURKE SEAN PATRICK
                  Located By:  OROURKE SEAN PATRICK
                  Location Area:  8666 Veterans Highway, Millersville, MD
                  Specific Location:  CID

♦♦

USA-000079